John M. Lowery, appellee, v. Tony Bivienis et al., appellants. Gen. No. 31,763.

Assumpsit for legal services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927.

Hermann P. Haase, for appellants. Rose & Symmes, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

Paul Holubek, appellee, v. Louis B. Casey, appellant. Gen. No. 31,772.

Action for work and material furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed November 23, 1927.

William Sherman Stahl, for appellant; Harry A. Lambert, of counsel. Jose W. Hoover and O. W. Jurgens, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

L. E. Schmidt, appellant, v. J. L. Masse, appellee. Gen. No. 31,782.

Action on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed and judgment here. Opinion filed November 23, 1927.

J. J. Moser, for appellant. No appearance for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

Albert Pick & Company, appellee, v. J. J. O'Shea, appellant. Gen. No. 31,676.

Assumpsit on promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed December 12, 1927. Glennon, Cary, Walker & Murray, for appellant; Sidney C. Murray, Marvin A. Jersild and James L. Homire, of counsel. Ringer, Wilhartz & Hirsch, for appellee; Samuel E. Hirsch and Arthur Wolf, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.